**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENIFER NOEMI ROBLES**, | Case No. CV 18-9401-DMG (PLAx) |
| Plaintiff, | |
| v. | |
| **COUNTY OF LOS ANGELES, et al.**, | **JUDGMENT** |
| Defendants. | |

The Court having granted the motion for summary judgment of Defendants the County of Los Angeles, the Los Angeles Sheriff's Department, and James McDonnell by order dated October 28, 2019 [Doc. # 41], and having granted the separate motion for summary judgment of Defendant Giancarlo Scotti by order dated December 11, 2019 [Doc. # 49],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Jenifer Noemi Robles.

DATED: December 11, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-